UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN SNOW,<br><br>　　　　　Defendant. | No. CR-05-221-RHW-7<br><br>ORDER TAKING MOTION<br>UNDER ADVISEMENT<br><br>—--ACTION REQUIRED---<br><br>DIRECTION TO U.S. MARSHAL |

On January 23, 2006, Defendant appeared with Assistant Federal Defender, Robert Fischer, and presented his Motion for Reconsideration (Ct. Rec. 79). Assistant U.S. Attorney, K. Jill Bolton represented the United States, and opposed defendant's release.

**IT IS ORDERED**:

1.　The United States Pretrial Services Officer is directed to contact Ms. Hoveskeland regarding her report of January 10, 2006. Prior to that time, Defendant is directed to execute full, mutual releases.

2.　The United States Probation Office personnel shall prepare a Supplemental Pretrial Services Report and provide copies to counsel.  Counsel will have two business days to file responses to

ORDER TAKING MOTION
UNDER ADVISEMENT
---ACTION REQUIRED---
DIRECTION TO U.S. MARSHAL - 1

1  the Supplemental report.

2       3.    The U.S. Marshal is directed to detain defendant at the
3  Spokane County Jail for at least 10 business days while this matter
4  is under advisement, or until further Order of the Court.
5       DATED January 23, 2006.

                           s/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

28 ORDER TAKING MOTION
   UNDER ADVISEMENT
   ---ACTION REQUIRED---
   DIRECTION TO U.S. MARSHAL - 2