UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>KEVIN B. SNOW,<br><br>             Defendant. | No. CR-05-221-RHW-7<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RELEASE WITHOUT PREJUDICE |

    BEFORE THE COURT are two Supplemental Pretrial Services Reports and the Responses to the Supplemental Reports filed by the parties. The court is unable to conclude that the intensive outpatient treatment program proposed by Defendant is sufficiently structured to permit a finding there is a combination of conditions to reasonably assure Defendant is not a risk of flight and would be supervisable.

    Accordingly, the Motion for release **(Ct. Rec. 79)** is **DENIED without prejudice.**

    **IT IS SO ORDERED.**

    DATED February 1, 2006.

                                    S/ CYNTHIA IMBROGNO
                                 UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RELEASE WITHOUT PREJUDICE - 1