⊕PS 42
(Rev. 7/93)

# United States District Court
## District Of

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 26 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**United States of America** )
)
vs. )
**KEVIN SNOW** )
)
) Case No. 2:05CR00221-007

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____KEVIN SNOW____, have discussed with ____ANNE SAUTHER____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

The U.S. Probation Office is recommending that the Court consider releasing Kevin Snow with the standard release conditions and the following special release conditions:

1. Kevin Snow must continue to participate in intensive outpatient drug treatment.

2. No use of controlled substances or alcohol.

3. No contact with co-defendants, witnesses, convicted felons, or others engaged in criminal activity.

4. Contact attorney once a week, and contact pretrial services officer as directed.

5. Curfew from 10 p.m. to 6 a.m.

6. Continue employment.

7. Defendant must remain at his mothers residence located at 3532 W. Princeton, Spokane, Washington.

8. Urinalysis testing up to 6 times per month.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-25-06         _____  5/25/06
Signature of Defendant    Date             Pretrial Services/Probation Officer   Date
                                           for USPO Anne Sauther

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5/25/06
Signature of Defense Counsel                        Date

☒ The above modification of conditions of release is ordered, to be effective on _immediately_
☐ The above modification of conditions of release is *not* ordered.

_____   May 24, 2006
Signature of Judicial Officer   C. IMBROGNO, US MJ   /s/ MJ     Date