UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN B. SNOW,<br><br>Defendant. | NO. CR-05-221-RHW-7<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY ORDER ON CONDITIONS OF SUPERVISED RELEASE/PROBATION** |

Before the Court is Defendant's Motion to Modify Order on Conditions of Supervised Release/Probation (Ct. Rec. 276). A hearing was held on the motion on January 12, 2007. Defendant was present and represented by Robert Fischer. The Government was represented by Jill Bolton.

Accordingly, **IT IS HEREBY ORDERED:**

1. For the reasons stated on the record, Defendant's Motion to Modify Order on Conditions of Supervised Release/Probation (Ct. Rec. 276) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 16th day of January, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2005\05-221\Snow\deny.wpd

**ORDER DENYING DEFENDANT'S MOTION TO MODIFY ORDER ON CONDITIONS OF SUPERVISED RELEASE/PROBATION ~ 1**